**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| DR. ROGER STEWART, | : | No. 258 WAL 2019 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DR. GREGORY NICOSIA INDIVIDUALLY; | : | |
| AND DR. GREGORY NICOSIA PARTNER | : | |
| TRADING AS ADVANCED DIAGNOSTICS; | : | |
| AND ADVANCED DIAGNOSTICS, INC., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of January, 2020, the Petition for Allowance of Appeal is **DENIED**, and the Application for Relief, dated August 23, 2019; the Application for Leave to Answer, dated September 11, 2019; the Application for Relief, dated October 29, 2019; the Application for Leave to Supplement, dated December 27, 2019; and the Application for Relief, dated January 13, 2020, are all **DENIED**.